IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS,  No. CIV S-04-0707-FCD-CMK-P

    Plaintiff,

  vs.  ORDER

STATE OF CALIFORNIA,

    Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 3, 2005, are adopted in full;

    2. Defendant's motion to dismiss is granted;

    3. This action is dismissed; and

    4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: December 5, 2005

              /s/ Frank C. Damrell Jr.
              FRANK C. DAMRELL JR.
              United States District Judge